```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

**CHARKOMA RESOURCES, LLC,**
**HARL SCHOEPPE, AND**
**CHARLES E. STILL**                                          **PLAINTIFFS**

        **v.**          **Civil No. 09-02118**

**JB ENERGY EXPLORATIONS, LLC,**
**KEELER INVESTMENT GROUP, LLC,**
**BRUCE KEELER, AND**
**ELAINE KEELER**                                             **DEFENDANTS**

### O R D E R

NOW on this 8th day of April 2010, there is pending before the Court Plaintiff's **Motion for Voluntary Dismissal with Prejudice** (document #43), and the Court, being well and sufficiently advised, finds that said motion should be **granted**.

**IT IS THEREFORE ORDERED** that Plaintiffs' complaint and all claims against Defendants are hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                            **/s/ Jimm Larry Hendren**
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**